# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | | | |
|---|---|---|---|
| In Re: | : | | |
| Scott N. Hogan | : | Bankruptcy No. | 10-70028-GLT |
| Connie A. Hogan | : | | |
| Debtor(s) | : | Chapter | 13 |
| | : | | |
| Ronda J. Winnecour | : | | |
| Movant | : | | |
| | : | | |
| Rushmore Loan Management Services LLC | : | | |
| Respondent | : | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 03/10/2015

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8 As Serviced by Rushmore Loan Management Services LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx2457 |

### 1.    Pre-Petition Arrears - Court claim no. (if known): 12  (Docket Entry #90)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing: _____
  Amount received from the Chapter 13 Trustee  _____

  Pre-Petition arrears remaining due: _____

### 2.    Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

If Creditor disagrees:
  Post-petition amounts remaining due:        $1,207.33

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Schedule of Amounts Outstanding**

This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| Payments | 03/01/2015 | $1,521.91 | $360.58 | $1,161.33 |
| Property Inspection Fees | 10/10/2014 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 12/05/2014 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 01/09/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 03/06/2015 | $11.50 | $0.00 | $11.50 |

**Amount Remaining Due:**     $1,207.33

### 3.    Sign Here

Print Name:  John R. Callison
Title:  Authorized Agent for Rushmore Loan Management Services LLC
Company:  Buckley Madole, P.C.

/s/ John R. Callison
Signature

Address and telephone number:

03/31/2015
Date

P. O. Box 9013
Addison, TX 75001

Telephone:  (972) 643-6600        Email:        POCInquiries@buckleymadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before March 31st, 2015.

**Debtor**  *Via U.S. Mail*
Scott N. Hogan
271 Delfire Rd
Windber, PA 15963

Connie A. Hogan
271 Delfire Rd
Windber PA 15963

**Debtors' Attorney**
Paul W. McElrath, Jr
McElrath Legal Holdings, LLC
432 Boulevard of the Allies
Pittsburgh, PA  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

**US Trustee**
Office of the US Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, Pennsylvania  15222

                                                                Respectfully Submitted,

                                                                /s/ John R. Callison